UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFAEL ARDEN JONES SR.,<br><br>                    Petitioner,<br><br>          -against-<br><br>JANE CARTER,<br><br>                    Respondent. | 21-CV-9571 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued January 10, 2022, denying the petition,

IT IS ORDERED, ADJUDGED, AND DECREED that the petition is denied without prejudice. Because Petitioner makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated:   January 10, 2022
             New York, New York

                                                            /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                         Chief United States District Judge